# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3557

_____

Dontay Lay,                                            *
                                                       *
            Appellant,                                 *
                                                       *   Appeal from the United States
      v.                                               *   District Court for the
                                                       *   Eastern District of Arkansas.
H.N. Green, Sheriff, St. Francis County,               *
                                                       *        [UNPUBLISHED]
            Appellee.                                  *

_____

Submitted: June 15, 2007
Filed: July 6, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

     Arkansas inmate Dontay Lay (Lay) appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint for failure to comply with Rule 5.5(c)(2) of the Local Rules of the Eastern District of Arkansas, which allows dismissal if a communication from the court is not responded to within thirty days. The district court dismissed the action after Lay failed to respond to the district court's order to amend his complaint within thirty days. Upon careful review, we conclude that the dismissal was not an abuse of discretion. See Nw. Bank & Trust Co. v. First

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

Ill. Nat'l Bank, 354 F.3d 721, 725 (8th Cir. 2003) (standard of review); Settlemire v. Watson, 877 F.2d 13, 14 (8th Cir. 1989) (per curiam) (affirming district court's dismissal without prejudice of pro se complaint pursuant to local rule allowing dismissal where litigant fails to respond to communication of court within thirty days).

Although Lay contends he did not receive the district court's order directing him to amend his complaint, Lay did not raise this matter before the district court and we will not consider the argument for the first time on appeal. See Poolman v. City of Grafton, __ F.3d __, No. 06-3220, 2007 WL 1597912, at *3 (8th Cir. June 5, 2007).

Accordingly, we affirm.

_____